# UNITED STATES COURT OF APPEALS
# FOR THE EIGHTH CIRCUIT

No: 23-3245

Mark Jerome Johnson Blount, I

Appellant

v.

United States of America, et al.

Appellees

---

Appeal from U.S. District Court for the Western District of Missouri - Springfield
(6:23-cv-03106-MDH)

---

## REVISED ORDER

Appellant's renewed motion for leave to file an overlength brief is denied. A briefing schedule has not been set in this case. The motion is premature.

November 27, 2023

Order Entered Under Rule 27A(a):
Clerk, U.S. Court of Appeals, Eighth Circuit.
_____
        /s/ Michael E. Gans