United States Court of Appeals
*For The Eighth Circuit*
Thomas F. Eagleton U.S. Courthouse
111 South 10th Street, Room 24.329
**St. Louis, Missouri 63102**

**Michael E. Gans**
*Clerk of Court*

VOICE (314) 244-2400
FAX (314) 244-2780
www.ca8.uscourts.gov

December 04, 2023

Mark Jerome Johnson Blount I
664 N. Montego Street
Nixa, MO 65715

    RE: 23-3245 Mark Johnson Blount, I v. United States, et al

Dear Mark:

    Enclosed is a copy of the dispositive order entered today in the referenced case.

    Please review Federal Rules of Appellate Procedure and the Eighth Circuit Rules on post-submission procedure to ensure that any contemplated filing is timely and in compliance with the rules. Note particularly that petitions for rehearing <u>must</u> be received by the clerk's office within the time set by FRAP 40 in cases where the United States or an officer or agency thereof is a party (within 45 days of entry of judgment). Counsel-filed petitions must be filed electronically in CM/ECF. Paper copies are not required. Except as provided by Rule 25(a)(2)(iii) of the Federal Rules of Appellate Procedure, pro se petitions for rehearing are not afforded a grace period for mailing and are subject to being denied if not timely received.

                                                 Michael E. Gans
                                                 Clerk of Court

HAG

Enclosure(s)

cc:     Wyatt R. Nelson
        Paige A. Wymore-Wynn

    District Court/Agency Case Number(s): 6:23-cv-03106-MDH