**UNITED STATES COURT OF APPEALS**
**FOR THE EIGHTH CIRCUIT**

_____

No: 23-3245
_____

Mark Jerome Johnson Blount, I

Plaintiff - Appellant

v.

United States of America; Merrick Garland, Attorney General of the United States, in his official and individual capacities; Bureau of Alcohol, Tobacco, Firearms and Explosives, as agency of the United States of America; Bernard G. Hansen, Special Agent in Charge of the Bureau of Alcohol, Tobacco, Firearms and Explosives, Kansas City Field Division, in his official and individual capacities

Defendants - Appellees

_____

Appeal from U.S. District Court for the Western District of Missouri - Springfield
(6:23-cv-03106-MDH)
_____

**JUDGMENT**

Before COLLOTON, SHEPHERD, and KELLY, Circuit Judges.

    This court has reviewed the original file of the United States District Court. It is ordered by the court that the judgment of the district court is summarily affirmed. See Eighth Circuit Rule 47A(a).

December 04, 2023

Order Entered at the Direction of the Court:
Clerk, U.S. Court of Appeals, Eighth Circuit.
_____
    /s/ Michael E. Gans