# UNITED STATES COURT OF APPEALS
# FOR THE EIGHTH CIRCUIT

No: 23-3245

Mark Jerome Johnson Blount, I

Appellant

v.

United States of America, et al.

Appellees

---

Appeal from U.S. District Court for the Western District of Missouri - Springfield
(6:23-cv-03106-MDH)

---

## ORDER

The petition for rehearing en banc is denied. The petition for rehearing by the panel is also denied.

January 11, 2024

Order Entered at the Direction of the Court:
Clerk, U.S. Court of Appeals, Eighth Circuit.

_____

/s/ Michael E. Gans